IN THE UNITED STATES DISTRICT COURT THE MIDDLE
DISTRICT OF ALABAMA SOUTHERN, DIVISION

ANGELA DENISE NAILS,

        Plaintiff,                        Case No. 1:07-CV-637-WHA

Vs.

COLUMBIA BAPTIST ASSOCATION DOTHAN,

        Defendant(s)

FUNDING DENIED

The plaintiff none comes before the court with concerns of the refusing of community funds generated threw the community churches and given to the defendant(s) to help the poor or people that are in need. The defendant(s) program has assisted me in the pass years. Once a year the defendant(s) allow the public to receive help for rent, utilities, food, gas, clothing etc. The year of May, June or July 2007 the defendant(s) refuse to assist the plaintiff with any of the community money given to the defendant(s) form people who go to work everyday or who have retired, these people are depending on the money they give to those people who are in need and those people depend on the defendant(s) do help. The defendant(s) state that they can not help the plaintiff of issues that they will not discuss with the plaintiff. The plaintiff dose Know that there are rules the defendant(s) need to go by to the community. As well the City of Dothan has some involment with the defendant(s) building being open to the public. But the truth is that the defendant(s) are not following the guidelines of the community help shop, and the plaintiff is being rejected form receiving any funds. And the reason the plaintiff is being refuse the funds is because of mall as behavior form the defendant(s) and the plaintiff is asking for damages of court cost, mental against, transportation cost for returning to be assisted many times upon the say so of the director of the community association in the amount of $50,000.00 dollars. The complaint can be mailed to Colombia Baptist Association 1308 Ross Clark Cir Dothan, Alabama 36301.

*Angela Denise Nails*
_____
ANGELA DENSIE NAILS
PROSE ATTORNEY

Case 1:07-cv-00637-WHA-SRW   Document 1   Filed 07/13/2007   Page 2 of 2