IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07CV637-WHA |
| | ) (WO) |
| COLUMBIA BAPTIST ASSOCIATION DOTHAN, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion entered on this date, it is the ORDER, JUDGMENT and DECREE of this court that this action is DISMISSED for lack of subject matter jurisdiction..

Done, this 17th day of July, 2007.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE