Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

November 16, 2007

**Appeal Number: 07-14820-F**
Case Style: Angela Denise Nails v. Columbia Baptist Assoc.
District Court Number: 07-00637 CV-1-WHA-SRW

TO:   Debra P. Hackett

CC:   Angela Denise Nails

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 16, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14820-F**
Case Style: Angela Denise Nails v. Columbia Baptist Assoc.
District Court Number: 07-00637 CV-1-WHA-SRW

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-14820-F

ANGELA DENISE NAILS,

                    Plaintiff-Appellant,

versus

COLUMBIA BAPTIST ASSOCIATION DOTHAN,

                    Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before DUBINA, MARCUS, and WILSON, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Appellant's October 9, 2007, "motion to appeal," construed as a notice of appeal, is untimely to appeal the district court's July 17, 2007, order and final judgment dismissing Appellant's civil complaint. See Fed.R.App.P. 4(a)(1)(A).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: _____
      Deputy Clerk
Atlanta, Georgia