RECEIVED
2008 JAN 29 A 9: 19
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

January 24, 2008

**Appeal Number: 07-14820-F**
Case Style: Angela Denise Nails v. Columbia Baptist Assoc.
District Court Number: 07-00637 CV-1-WHA-SRW ()

CC:   Angela Denise Nails

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 24, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-14820-F**
Case Style: Angela Denise Nails v. Columbia Baptist Assoc.
District Court Number: 07-00637 CV-1-WHA-SRW ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-14820-F

ANGELA DENISE NAILS,

                              Plaintiff-Appellant,

versus

COLUMBIA BAPTIST ASSOCIATION DOTHAN,

                              Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before DUBINA, MARCUS, and WILSON, Circuit Judges.

BY THE COURT:

    Appellant's December 12, 2007, motion for reconsideration of our November 16, 2007, order dismissing this appeal for lack of jurisdiction, is DENIED.

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia